IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BRANDON PROCTOR,<br><br>　　　　　　　Defendant. | 4:15CR3117<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's unopposed motion for release, (Filing No. 99), is granted.

2) Defendant shall be released upon the arrival of his wife at the Saline County Jail.

3) Upon release, Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

4) Defense counsel shall notify the Marshal regarding the time and date Defendant's wife, Sara McKinnon, intends to arrive at the Saline County Jail.

March 14, 2023.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge