IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-3117 |
| vs. | ORDER |
| BRANDON PROCTOR, | |
| Defendant. | |

IT IS ORDERED:

1. The government's motion to dismiss (filing 115) is granted.

2. The petition for offender under supervision (filing 71) and amended petition for offender under supervision (filing 108) are dismissed.

3. The July 24, 2024 hearing is cancelled.

Dated this 23rd day of July, 2024.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge